HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
linda.allison@fd.org

Attorney for Defendant
ROBERT MELENDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT MELENDEZ, <br><br> Defendant. | Case No. 2:20-CR-00100-CKD <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND VACATE JURY TRIAL DATE <br><br> New Date: February 18, 2021 <br> Time: 9:30 a.m. <br> Judge: Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ALSTYN BENNETT, Assistant Federal Defender LINDA C. ALLISON attorney for ROBERT MELENDEZ that the Court continue the status conference currently set for December 10, 2020 to February 18, 2021 at 9:30 a.m. and vacate the jury trial currently set for January 25, 2021.

The parties also agree that the ends of justice served by granting defendant's request for a continuance outweighs the best interest of the public and the defendant in a speedy trial. Counsel needs additional time for possible plea negotiations between her client and the government.

/ / /

/ / /

/ / /

-1-

1    The parties stipulate that, for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through February 18, 2021, for defense preparation and investigation.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

DATED:  December 9, 2020               Respectfully submitted,

                                       HEATHER WILLIAMS
                                       Federal Defender

                                       /s/ Linda Allison
                                       LINDA ALLISON
                                       Assistant to the Federal Defender
                                       Attorney for Defendant
                                       ROBERT MELENDEZ


Dated:  December 9, 2020               McGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ Linda C. Allison for
                                       ALSTYN BENNETT
                                       Assistant United States Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, from the date of this order, up to and including February 18, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) T4 [reasonable time for counsel to prepare] (Local Code T4).

It is further ordered that status conference hearing on December 10, 2020 shall be vacated and continued to February 18, 2021 at 9:30 a.m.  The jury trial set for January 25, 2021 shall also be vacated.

Dated:  December 10, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE