UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:20-cr-00100-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE STATUS |
| ) | CONFERENCE |
| v. ) | |
| ) | |
| ROBERT M. MELENDEZ, ) | DATE: February 18, 2021 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Honorable Carolyn K. Delaney |
| ) | |
| ) | |
| ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-cr-00100-CKD with prejudice is GRANTED.

It is further ordered that the status conference scheduled on February 18, 2021, is vacated.

IT IS SO ORDERED.

Dated: February 3, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE